1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10

11   DARRYL DUNSMORE,                    Case No.:  20cv2021 LAB (RBB)

12                          Petitioner,  **ORDER GRANTING MOTION TO**
13   v.                                  **PROCEED IN FORMA PAUPERIS**
                                         **[ECF No. 2] AND DISMISSING**
14   GORE, et al.,                       **PETITION WITHOUT PREJUDICE**
                                         **AS DUPLICATIVE**
15                          Respondents.
16

17          Petitioner is a California prisoner serving a sentence of 22 years in state prison as a

18   result of a March 10, 2010 conviction and June 3, 2010 sentence in San Diego Superior

19   Court Case number SCS 215653, is currently detained at the San Diego County Jail

20   awaiting resentencing and is proceeding pro se with a Petition for a Writ of Habeas Corpus

21   pursuant to 28 U.S.C. § 2254.[1]   (ECF No. 1.)  On October 27, 2020, Petitioner filed a

22
23

24   [1] With respect to the length of Petitioner's sentence and dates of conviction and sentence,
25   the Court takes judicial notice of the abstract of judgment against Petitioner, which was
     previously filed as a lodgment in a separate habeas corpus proceeding in this district.  (ECF
26   No. 28-2 at 42-45, CT 126-29, in S.D. Cal. Civil Case No. 13cv1193-GPC-PCL); see
27   United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial
     notice of its own records in other cases, as well as the records of an inferior court in other
28   cases.")

motion for leave to proceed in forma pauperis along with a copy of his trust account statement.  (ECF No. 2.)  For the reasons discussed below, the Court **GRANTS** Petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] and **DISMISSES** the Petition as duplicative of the petition previously filed in S.D. Cal. Civil Case No. 20cv1518-BAS-KSC.

## MOTION TO PROCEED IN FORMA PAUPERIS

Upon review of Petitioner's motion and accompanying trust account statement, Petitioner has $1.94 on account at the San Diego County Jail (see ECF No. 2 at 4) and cannot afford the $5.00 filing fee.  Accordingly, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis and allows him to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security.  The Clerk of the Court will file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

## PETITION IS DUPLICATIVE

The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims."  Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted).  Here, Petitioner has filed two petitions with this Court which contain the same claims.  Upon review, the instant federal petition presents the same four claims Petitioner recently raised in a separate habeas corpus proceeding in this district, alleging in Claims One and Two, respectively, that trial counsel was ineffective at his 2010 trial and that the prosecutor withheld exculpatory evidence in violation of due process at his 2010 trial, and alleging in Claims Three and Four violations relating to his ongoing resentencing proceedings.  (Compare ECF No. 1 at 6-26 with ECF No. 1 at 5-30 in S.D. Cal. Civil Case No. 20cv1518-BAS-KSC.)  The petition in that case was dismissed without prejudice on November 2, 2020, as the district court found Claims One and Two subject to dismissal as successive and Claims Three and Four subject to dismissal under the abstention doctrine.  (See ECF No. 4 in S.D. Cal. Civil Case No. 20cv1518-BAS-KSC.)

///

## **CONCLUSION AND ORDER**

The Court **GRANTS** Petitioner's motion for leave to proceed in forma pauperis [ECF No. 2].  The Petition is **DISMISSED** without prejudice because the Petition in this case is duplicative of the petition previously filed in S.D. Cal. Civil Case No. 20cv1518-BAS-KSC.

**IT IS SO ORDERED.**

Dated: December 2, 2020

_Larry A. Burns_

Hon. Larry Alan Burns
Chief United States District Judge